PAGE (1)

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO DIVISION

__JOSHUA DARRELL GILLISPIE_____ (Enter Above the Name of the Plaintiff in this Action) vs. __CYNTHIA COOK, RECOVERY & WELLNESS CENTER OF MIDWEST OHIO__ (Enter above the name of the Defendant in this Action) If there are additional Defendants, please list them: __CHIEF DENNIS BUTTS, GREENVILLE POLICE DEPARTMENT__
__DARKE COUNTY MUNICIPAL PROBATION DEPARTMENT__

COMPLAINT

I.

Parties to the action: Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__JOSHUA DARRELL GILLISPIE,__ Name - Full Name
Please - PRINT __MERCER COUNTY JAIL,__
Street Address __4835 St. Rt 29, CELINA, Ohio 45822__
City, State and Zip Code
__(419) 589-5753 EXT 6__ Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s): Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service. 1. __CYNTHIA COOK, CEO, RECOVERY & WELLNESS CENTER OF MIDWEST__ Name - Full Name Please __Ohio, 600 WALNUT St., GREENVILLE, Ohio, 45331__
Address: Street, City, State and Zip Code 2.
__CHIEF DENNIS BUTTS, GREENVILLE POLICE DEPARTMENT,__
__122 W. MAIN ST., GREENVILLE, Ohio, 45331__ 3.
__DARKE COUNTY MUNICIPAL PROBATION DEPARTMENT,__ 4.
__504 S. BROADWAY St., GREENVILLE, Ohio, 45331__
_____ 5.
_____ 6.
_____ If there are
additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction Check the box or boxes that describes your lawsuit: ☐ Title 28 U.S.C. § 1343(3) [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.] Title 28 U.S.C. § 1331 [A lawsuit "arising under the Constitution, laws, or treaties of the United States."] Title 28 U.S.C. § 1332(a)(1) [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.] Title __42__ United States Code, Section __1985__ [Other federal status giving the court subject matter jurisdiction.] __42__ __1986__

-2- STATEMENT OF CLAIM                               PAGE (2)

1) I JOSHUA O. GILLISPIE WAS LIVING IN GREENVILLE, Ohio.
2) All defendants ARE RESIDENTS OF GREENVILLE, ohio.
3) ON 9-1-16 AT 6:00 AM I MADE A police REPORT THAT I WAS THREATENED TO BE ATTACKED by SEVERAl people.
4) AT 8:30 AM ON 9-1-16 I WENT TO THE DARKE COUNTY COURT HOUSE TO TRY TO GET A CPO ON Cherlyene Burton, WHO MADE THE THREAT AND WAS HARASSING ME.
5) I WAS denied THE CPO.
6) I THEN WENT TO SPEAK TO MY PROBATION Officer TO Tell him, "MR. PAT Lyons" THAT I WAS THREATENED TO BE Attacked, by WHO, AND THAT SOMETHING NEEDS TO BE done ABOUT THIS SO THAT it won't happened.
7) I told MR. Pat Lyons what I would do if people Jumped on me, which is to defend myself by using A WEAPON, ANY MEANS NECCESSARY.
8) MR. Pat Lyons said there WAS NOTHING he CAN do.
9) I THEN WENT TO DARKE COUNTY RECOVERY SERVICES TO SPEAK TO staff, asking for help IN THIS MATTER.
10) I spoke "TO MR. MIKE BEST" IN THE lobby telling him what WAS going ON AND THAT something NEEDS TO BE done TO advoid this problem.
11) I was asking for placement whil the police did their investigation.
12) DARKE COUNTY RECOVERY SERVICES did NOTHING.
13) I'VE BEEN going TO DARKE COUNTY RECOVERY SERVICES for a few years, they know me and my background.

14) I THEN WENT TO DARKE COUNTY MENTAL HEALTH SERVICES, which I AM A CLIENT THEIR AND THEY, "RECOVERY SERVICES" ARE tied in TOGETHER.

15) I SPOKE TO THE Clinical DIRECTOR for about ONE hour, which I told HER about the threat being MADE, what I will do if I'm Jumped on, which I will hurt somebody in RETURN, that I want help TO PREVENT this from happening.

16) WE SPOKE about placement, she said THAT there was NO place I could go.

17) THE Clinical DIRECTOR "Vicky MARTIN" did NOTHING TO help ME.

18) My counslor "Rhonda fields" was busy at this time so I Left.

19) A hour or so later I called Ms. Rhonda fields and I told her EVERYTHING that I've told EVERYONE ELSE, I WAS THREATENED, I will hurt SOMEONE badly if I'm Jumped on, AND I NEED help TO PREVENT this from happening.

20) DARKE COUNTY MENTAL Health did NOTHING.

21) LATER that EVENING Around 8:00 PM on 9-1-16 I WAS AT my FRIENDS house where I was staying at, hanging out in THE Backyard.

22) At this time I STARTED RECIEVING THREATENING calls AND I WAS by THE ALLEY WHERE I WAS ATTACKED by CHERYLENE BURTON, JOSH Johnson.

23) I was being attacked by Josh Johnson while Cherylene Burton hit me twice in the face while someone else was stepping on me.

24) Josh Johnson was alledgely stabbed in this altercation.

25) The Greenville police came and I refused medical help due to I feel that I cannot trust no one from their, "Darke County System".

26) On 9-2-16 in the morning I went back to see my probation officer, "Mr. Pat Lyons".

27) He saw my face, I told him what happened and he drove me to the hospital and dropped me off.

28) While at Wayne hospital in Greenville, Ohio, I got six stitches above my left eye and four stitches in my lip.

29) While at the hospital, Mr. Pat Lyons called me and said when I'm done that I needed to call him back, I said O.K.

30) I then recieved another phone call from a friend saying that the Greenville police raided my friends where I was staying at, looking for me.

31) I then called the Greenville police to find out what was going on and they told me to call them when I'm done at the hospital.

32) When I got done at the hospital I walked to the Greenville police station to find out what was going on.

33) I was placed under arrest for probation violation, to be taken off the streets to prevent anymore altercation.

34) My question was, why was this not done before the first altercation when I told everyone what was going on?

35) I was the only person to go to jail.

36) While serving the probation violation time, I was served with two citations on 11-17-16 for assault and disorderly conduct.

37) On 1-31-17 I went to court and was convicted on a M-4 disorderly conduct, given 29 more days added to my sentence.

GGG

-2-

III. Statement of Claim Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places. Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

TURN TO PAGE (2)

-3-

IV. Previous lawsuits: If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe). Case Number Caption vs. vs. vs.

V. Relief In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

TURN TO PAGE (7)

-3- Relief

## Greenville Police Department, Chief Dennis Butts

### Complaint 1

The GPD never served Cherlene Burton with a citation for menacing. This could of prevented the attack.

### Negligence 1

Deleliction of Duty. Defendant failed to perform the duties that a police officer is required to do.

### Damages

Physical damages, "stitches in my face", mental anguish and suffering. Impairment of reputation. Lost the trust of the police department. Lost of Job, lost of home, lost of property, "clothes, kids photo's, ect". Put in Jail for 10 months.

I would like to be compensated for all I've have gone through and everything I have lost. Plus, court fee's, hospital bills, and any additional fee's.

Darke County Municipal Probation Department

## Complaint 2

Once I made a threat to my Probation Officer, I should of never of been aloud to leave his office. I should of been taken off the streets intil this was figured out.

## Negligence 2

Delelicion of Duty, Duty to warn, Duty to protect. Defendant failed to perform the duties that a Probation Officer is required to do.

## Damages

Physical damages, "Stitches in my face", Mental anquish and suffering, Impairment of Reputation, Lost of trust of the Probation Department, Lost of Job, Lost of home, Lost of property, "clothes, kids phon's, ect". Put in Jail for a 10 month sentence.

I would like to be compensated for all I've gone through and everything I have lost. Plus, court fee's, hospital bills, and any addictionjal fee's.

Cynthia Cook, CEO, Recovery and Wellness of Midwest Ohio

### Complaint 3

When I went to Mental Health and Darke County Recovery and told them what happened and I made my threat, I should of never been aloud to leave their buildings. The police should of been called. I am a client at Recovery and Mental Health.

### Negligence 3

Duty to warn, Duty to protect. The defendants failed to perform their duties as counslors.

### Damages

Physical damages, "stitches in my face", mental anguish and suffering. Impairment of reputation. Lost of trust for Recovery and Wellness. Lost of job, lost of home, lost of property, "clothes, kids photo's, ect." Put in jail for a 10 month sentence.

I would like to be compensated for all I've gone through and everything I have lost. Plus, court fee's, hospital bills, and any addictional fee's.

_____
_____
_____
_____
_____
_____

I state under penalty of perjury that the foregoing is true and correct. Executed on this  2nd  day of  February , 20 17 .

_____ Signature of Plaintiff

Notary Public, State of Ohio
My Commission Expires: 9/4/18
Recorded in Ohio