**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JOSHUA DARRELL GILLISPIE, | : | Case No. 3:17-cv-000061 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| CYNTHIA COOK, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**NOTICE TO PRO SE PLAINTIFF
OF MOTION TO DISMISS (Doc. #11)**

You are hereby notified that Defendants Darke County Municipal Probation Department, Probation Officer Pat Lines, and Greenville Police Chief Dennis Butts filed a Motion to Dismiss on April 27, 2017. You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **May 22, 2017**. If you fail to file a response timely, Defendant's Motion to Dismiss may be granted and your case dismissed.

April 28, 2017                                                    *s/Sharon L. Ovington*
                                                                                    Sharon L. Ovington
                                                                                    United States Magistrate Judge