# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Joshua Darrell Gillispie<br>*Plaintiff*<br>v.<br>Darke County Municipal Probation Dept. et al.,<br>*Defendant* | )<br>)<br>) Civil Action No. 3:17-cv-61<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: JUDGMENT SHALL ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; TERMINATION ENTRY.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for

Date: 10/26/2017

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk